UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x

BA CHUB CAY, LLC,

                Plaintiff,

  -against-

WALTER J. MCCRORY, BOB L. MOSS and KAYE PEARSON,

                Defendants.

---------------------------------------------- x

Case No. _____

STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for BA Chub Cay, LLC hereby states that it does not have any parent corporation and that there are no publicly held corporations which own 10% or more of its stock.

Dated: New York, New York
       June 6, 2008

                                  KATTEN MUCHIN ROSENMAN LLP

                                  By: *Michael Gordon*
                                       Michael S. Gordon (MG-2181)
                                       Diane da Cunha (DC-1510)
                                       575 Madison Avenue
                                       New York, New York 10022
                                       Tel: (212) 940-6666

                                       Attorneys for Plaintiff
                                       BA CHUB CAY, LLC