Blumberg Law Products

Case 1-10, Cert. of Issue of Summons & Complaint in Supreme Court. Federal language added.
Methods: Corp. or Ind. Military Service, 10 pt. type, 1-95

© 1986 JULIUS BLUMBERG, INC.,
LAW BLANK
PUBLISHER, NYC 10013

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

BA CHUB CAY, LLC,

*Plaintiff(s)*

against

WALTER J. MCCRORY, ET AL.,

*Defendant(s)*

*Index No.* 08 CIV 5217

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

IN A CIVIL ACTION, INDIVIDUAL PRACTICES
OF JUDGE FRANCIS, INDIVIDUAL RULES
OF PRACTICE HON. JED S. RAKOFF,
ELECTRONIC CASE FILING RULES &
INSTRUCTIONS

STATE OF ~~NEW YORK~~ FLORIDA COUNTY OF Broward SS: The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 10100 W. Sample Rd #306 Coral Springs FL 3306

That on 6/10/08 at 6:15 P M., at 625 3rd Key Dr Ft Lauderdale FL deponent served the within summons, *and complaint on* BOB L. MOSS defendant therein named,
SEE ABOVE STATED DOCUMENTS

**INDIVIDUAL** ☒ 1. by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** ☐ 2. a corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON** ☐ 3. by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** ☐ 4. by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place— usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** ☐ 5A. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** ☐ 5B. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☐

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☒ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 6-12-08

PRINT NAME BENEATH SIGNATURE

James A. Wright FCI LPI

License No. 9330369

Notary Public State of Florida
J R McGlynn
My Commission DD499739
Expires 01/08/2010

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

JUDGE RAKOFF

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

BA CHUB CAY, LLC,
        Plaintiff,

        V.

WALTER J. MCCRORY,
BOB L. MOSS and
KAYE PEARSON,
        Defendants.

## SUMMONS IN A CIVIL ACTION

08 CIV 5217

TO: (Name and address of Defendant)

Walter J. McCrory
710 Coral Way
Fort Lauderdale, FL  33301

Bob L. Moss
625 Third Key Drive
Fort Lauderdale, FL  33304

Kaye Pearson
1637 East Lake Drive
Fort Lauderdale, FL  33316

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022
(212) 940-8800

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

JUN 0 6 2008

CLERK

_Latecia Curtis_

DATE

(By) DEPUTY CLERK