UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

                         Plaintiff,

                                                                                                              ____CIVIL_____(     )

           -against-

                         Defendant.
---------------------------------------------------------------x

# NOTICE   OF   CHANGE   OF   ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☐     *Attorney*

       ☐     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

       ☐     I am a Pro Hac Vice attorney

       ☐     I am a Government Agency attorney

☐     *Law Firm/Government Agency Association*

     From: _____

     To: _____

       ☐     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

       ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☐     *Address:*        _____

☐     *Telephone Number:*     _____

☐     *Fax Number:*     _____

☐     *E-Mail Address:*     _____

Dated: _____        _____