UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
BA CHUB CAY, LLC,                     :  Case No. 08-CIV- 5217 (JSR)

      Plaintiff,                      :

      -vs.-.                          :

WALTER J. MCCRORY,                    :
BOB L. MOSS, and
KAYE PEARSON,                         :

      Defendants.

------------------------------------- X

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that the law firm of Berger Singerman hereby enters its appearance as counsel to Defendants, Walter J. McCrory, Bob L. Moss, and Kaye Pearson in the above captioned matter. All pleadings, notices and other papers filed in these proceedings should be directed to: Lorianne K. Trewick, Esq., Berger Singerman, P.A., 350 East Las Olas Boulevard, Suite 1000, Fort Lauderdale, Florida 33301.

      BERGER SINGERMAN, P.A.
      350 E. Las Olas Blvd., Suite 1000
      Ft. Lauderdale, Florida 33301
      Telephone: 954-525-9900
      Facsimile: 954-523-2872

      _____
      Lorianne K. Trewick (LT-2647)
      lwilliams@bergersingerman.com
      *Attorneys For Defendants, Walter J. McCrory,*
      *Bob L. Moss, and Kaye Pearson*

1154016-1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to **Michael S. Gordon, Esq.,** KATTEN MUCHIN ROSENMAN LLP, 575 Madison Avenue, New York, New York 10022, this 27th day of June, 2008.

By: _____
Lorianne K. Trewick (LT-2647)

1154016-1