UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
BA CHUB CAY, LLC,                    :   Case No. 08-Civ. 5217 (JSR)

       Plaintiff,                   :

       V.                           :

WALTER J. MCCRORY,                   :
BOB L. MOSS, and
KAYE PEARSON,                        :

       Defendants.

------------------------------------- X

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, WALTER J. MCCRORY, BOB L. MOSS and KAYE PEARSON, by their undersigned counsel, respectfully move for an extension of time for Defendants to file a response to the Complaint, and state:

1. Defendants' response to the Plaintiff's Complaint is due on June 30, 2008.

2. Plaintiff has stipulated with the Defendants to the extension of the time for a response to the Complaint from June 30, 2008 to and including July 18, 2008. A copy of the stipulation is attached as Exhibit A.

3. The stipulation and proposed order was submitted to the Court on June 26, 2008 via email (orders_and_judgments@nysd.uscourts.gov). As of this filing, the docket does not reflect entry of the stipulation so ordered. Because Defendants seek to assure that the record reflects the agreement of the parties to extend the response date, they file this motion.

WHEREFORE, Defendants move for the entry of an order extending the time for their

response to the Complaint through and including July 18, 2008.

Dated: June 27, 2008

                                            Lorianne K. Trewick (LT-2647)
BERGER SINGERMAN
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
(954) 525-9900

*Attorneys For Defendants, Walter J. McCrory, Bob L. Moss, and Kaye Pearson*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to **Michael S. Gordon, Esq.,** KATTEN MUCHIN ROSENMAN LLP, 575 Madison Avenue, New York, New York 10022, this 27th day of June, 2008.

By: _____
Lorianne K. Trewick

1153409-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BA CHUB CAY, LLC,

               Plaintiff,

  -against-

WALTER J. MCCRORY, BOB L. MOSS and KAYE PEARSON,

              Defendants.

-------------------------------------------------------------x

Case No. 08 Civ. 5217 (JSR)

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action, that the time within which defendants, Walter J. McCrory, Bob L. Moss and Kaye Pearson may answer, move or otherwise respond to the complaint of plaintiff, BA Chubb Cay, LLC is extended to and including July 18, 2008.

Dated: June 26, 2008

_____
Michael S. Gordon (MG-2181)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-6666

Attorneys for Plaintiff
BA Chubb Cay, LLC

_____
Lorianne K. Trewick (LT-2647)
BERGER SINGERMAN
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
(954) 525-9900

Attorneys for Defendants
Walter J. McCrory, Bob L. Moss and Kaye Pearson

**SO ORDERED:**

_____
U.S.D.J.

84305446v1

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BA CHUB CAY, LLC,

                Plaintiff,

  -against-

WALTER J. MCCRORY, BOB L. MOSS and KAYE PEARSON,

                Defendants.

------------------------------------------------------------x

Case No. 08 Civ. 5217 (JSR)

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action, that the time within which defendants, Walter J. McCrory, Bob L. Moss and Kaye Pearson may answer, move or otherwise respond to the complaint of plaintiff, BA Chubb Cay, LLC is extended to and including July 18, 2008.

Dated: June 26, 2008

_____
Michael S. Gordon (MG-2181)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-6666

Attorneys for Plaintiff
BA Chubb Cay, LLC

_____
Lorianne K. Trewick (LT-2647)
BERGER SINGERMAN
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
(954) 525-9900

Attorneys for Defendants
Walter J. McCrory, Bob L. Moss and
Kaye Pearson

**SO ORDERED:**

_____
U.S.D.J.

84305446v1

**EXHIBIT A**