UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
BA CHUB CAY, LLC,

        Plaintiff,                  08 CIVIL 5217 (JSR)

    -against-

WALTER J. MCCRORY, BOB L. MOSS and
KAYE PEARSON,

        Defendant.
------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Lorianne K. Trewick

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: LT-2647

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Kelley Drye & Warren, LLP

    To: Berger Singerman, P.A.

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: 350 East Las Olas Bouvelarc

☒ Telephone Number: 954-525-9900

☒ Fax Number: 954-523-2872

☒ E-Mail Address: LWilliams@bergersingerman.com

Dated: June 27, 2008           *Lorianne Trewick*

**BERGER SINGERMAN**    Boca Raton  Fort Lauderdale  Miami  Tallahassee
attorneys at law

350 East Las Olas Boulevard  Suite 1000  Fort Lauderdale, Florida 33301  Telephone 954-525-9900  Facsimile 954-523-2872