UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

BA CHUB CAY, LLC,

          Plaintiff,

  -against-

WALTER J. MCCRORY, BOB L. MOSS and KAYE PEARSON,

          Defendants.

----------------------------------------------------------x

Case No. 08 Civ. 5217 (JSR)

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action, that the time within which defendants, Walter J. McCrory, Bob L. Moss and Kaye Pearson may answer, move or otherwise respond to the complaint of plaintiff, BA Chubb Cay, LLC is extended to and including July 18, 2008.

Dated: June 26, 2008

_____
Michael S. Gordon (MG-2181)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-6666

Attorneys for Plaintiff
BA Chubb Cay, LLC

_____
Lorianne K. Trewick (LT-2647)
BERGER SINGERMAN
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
(954) 525-9900

Attorneys for Defendants
Walter J. McCrory, Bob L. Moss and Kaye Pearson

**SO ORDERED:**

_____
U.S.D.J.   6-27-08

84305446v1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08
```