RAWFF, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BA CHUB CAY, LLC,

               Plaintiff,

  -against-

WALTER J. McCRORY, BOB L. MOSS and KAYE
PEARSON,

               Defendants.

------------------------------------------------------------X

Case No. 08 Civ. 5217 (JSR)

**STIPULATION**

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action, that the time within which defendants, Walter J. McCrory, Bob L. Moss and Kaye Pearson may answer, move or otherwise respond to the complaint of plaintiff, BA Chubb Cay, LLC is adjourned from July 18, 2008 and extended to and including August 13, 2008.

Dated: July 17, 2008

_____
Michael S. Gordon (MG-2181)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-6666

Attorneys for Plaintiff
BA Chubb Cay, LLC

_____
Turner P. Smith (TS-8052)
CURTIS MALLET PREVOST
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6121

Attorneys for Defendants
Walter J. McCrory, Bob L. Moss and
Kaye Pearson

**SO ORDERED:**

_____
U.S.D.J.

7-22-08

84310008v1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08
```